IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| CHARLTON EARLE JENNINGS | ) |
| vs. | ) C.A. 02-196 ERIE |
| OFFICER TERRY DAWLEY | ) |

NOTICE

The above entitled case is set for _____PRETRIAL_____

on __November 30, 2005_____ at __2:30PM___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:  October 12, 2005

Copies to: Charlton Earle Jennings
David Jonathan Long, Esq.
Gerald J. Villella, Esq.